IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL SHOLTIS,<br>　　　　Plaintiff | CIVIL ACTION NO. 3:CV-11-995 |
| v. | (Judge Nealon) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　　Defendant | (Magistrate Judge Blewitt) |

## ORDER

**NOW**, this 6th day of February, 2012, in accordance with the Memorandum dated this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation (Doc. 14) is **ADOPTED**.

2. Plaintiff's appeal is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　/s/ William Nealon
　　　　　　　　　　　　　　　　United States District Judge

FILED
SCRANTON

FEB 0 6 2012

Per_____M.E.P._____
　　　DEPUTY CLERK