IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHERYL SHOLTIS, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 3:CV-11-995 |
| | : | |
| v. | : | |
| | : | (Judge Nealon) |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | (Magistrate Judge Blewitt) |
|     Defendant | : | |

## ORDER

**NOW**, this 6th day of February, 2012, in accordance with the Memorandum dated this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation (Doc. 14) is **ADOPTED**.

2. Plaintiff's appeal is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

*[signature]*
United States District Judge

**FILED**
SCRANTON

FEB 0 6 2012

Per _____*[signature]*_____
DEPUTY CLERK